UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRANCH BANKING AND
TRUST COMPANY,

    Plaintiff,

v.                                   CASE NO. 8:12-CV-679-T-17EAJ

OLDSMAR GALLERIA, LLC,
et al.,

    Defendants.

_____/

ORDER

This cause is before the Court on:

    Dkt. 29   Report and Recommendation

    The Assigned Magistrate Judge has conducted an evidentiary hearing and entered a Report and Recommendation, in which it is recommended that the Motion for Appointment of Receiver to Maintain and Safeguard Assets (Dkt. 9), and Supplemental Motion (Dkt. 20) be granted in part. It is recommended that a receiver be appointed, and be permitted to both manage the property, pay expenses, and collect rents, profits, issues and revenues. It is further recommended that any major improvements to the property suggested by the receiver should be subject to Court approval, on a case-by-case basis. It is further recommended that no bond be required. Plaintiff proposed that Andrew J. Bolnick be appointed to serve as the receiver (Dkt. 25).

    The Court has independently reviewed the pleadings and the record. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts and incorporates the Report and Recommendation. Accordingly, it is

Case No. 8:12-CV-679-T-17EAJ

**ORDERED** that the Report and Recommendation is **adopted and incorporated** by reference. The Motion for Appointment of Receiver to Maintain and Safeguard Assets (Dkt. 9) and Supplemental Motion (Dkt. 20) are **granted in part**. Andrew J. Bolnick is appointed as Receiver to maintain and safeguard the assets of the Oldsmar Property, 300 State Street East, Oldsmar, FL, 34667   In his capacity as Receiver, Andrew J. Bolnick shall manage the property, pay expenses, and collect rents, profits, incomes, issues and revenues. Major improvements to the Oldsmar Property are subject to court approval on a case-by-case basis. The Receiver shall serve without bond.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this _____ day of August, 2012.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record